# UNITED STATES DISTRICT COURT

District of ___Nevada___

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | |

DONALD PATRICK CONWAY

**Date of Original Judgment:**  01/06/2011
**(Or Date of Last Amended Judgment)**

Case Number:  310cr27-RCJ-VPC & 310cr84-RCJ-VPC
USM Number:  44439-048

Cheryl Field-Lang, CJA
_____
Defendant's Attorney

**Reason for Amendment:**

- ☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- X Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563© or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant  ☐ 28 U.S.C. § 2255 or
  ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

pleaded guilty to ___the Indictment filed on 3/3/2010 and the Information filed on 6/17/2010___

- ☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.
- ☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2113(a) | Attempted Bank Robbery | 3/10/2010 | One |
| 18 U.S.C. § 2113(a) | Bank Robbery | 1/05/2010 | One |

The defendant is sentenced as provided in pages 2 ___through 6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____

Count(s) _____ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

03/24/2011
_____
Date of Imposition of Judgment

_____
Signature of Judge

ROBERT C. JONES, U.S. District Judge
_____
Name and Title of Judge

04-01-2011
_____
Date

AO 245C   (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment                                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page  2 OF 6

DEFENDANT:   DONALD PATRICK CONWAY
CASE NUMBER  3:10-CR-0027-RCJ-VPC & 3:10-CR-0084-RCJ-VPC

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

**THIRTY-SIX (36) MONTHS.  The term of imprisonment imposed in case #3:10-cr-0027-RCJ-VPC shall run concurrently with that imposed in case #3:10-cr-0084-RCJ-VPC and the term of imprisonment imposed in case #3:10-cr-0084-RCJ-VPC shall run concurrently with that imposed in case #3:10-cr-0027-RCJ-VPC.**

**X**   The court makes the following recommendations to the Bureau of Prisons:
   **that FCI Sheridan, Oregon be the institution designated.**

X   **The defendant is remanded to the custody of the United States Marshal.**

☐   **The defendant shall surrender to the United States Marshal for this district:**

   ☐   **at** _____   ☐   **a.m.**   ☐   **p.m.**   **on**  _____   .

   ☐   **as notified by the United States Marshal.**

☐   **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

   ☐   **before 2 p.m. on**  _____   .

   ☐   **as notified by the United States Marshal.**

   ☐   **as notified by the Probation or Pretrial Services Office.**

# RETURN

I have executed this judgment as follows:

_____

_____

_____

**Defendant delivered on**  _____   **to**  _____

**a** _____   **with a certified copy of this judgment.**

_____
                                        **UNITED STATES MARSHAL**

**By** _____
                                        **DEPUTY UNITED STATES MARSHAL**

**DEFENDANT:**    DONALD PATRICK CONWAY
**CASE NUMBER:**  3:10-CR-0027-RCJ-VPC & 3:10-CR-0084-RCJ-VPC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a
**THREE (3) YEARS.  Said term of supervision shall run concurrently as to each case. 3:10-cr-0027-RCJ-VPC &**
**3:10-cr-0084-RCJ-VPC.**

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

**The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually.  Revocation is mandatory for refusal to comply.**

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
    future substance abuse.  (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 USC §16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and

**AO 245C**     (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 3C — Supervised Release                                                      (NOTE: Identify Changes with Asterisks (*))

Judgment—Page  4 OF 6

**DEFENDANT:**   DONALD PATRICK CONWAY
**CASE NUMBER:** 3:10-CR-0027-RCJ-VPC & 3:10-CR-0084-RCJ-VPC

## SPECIAL CONDITIONS OF SUPERVISION

1. **Possession of Weapons** - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2. **Warrantless Search** - You shall submit to the search of your person, property, residence  or automobile under your control by the probation officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

3. **Substance Abuse Treatment** - You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office.  You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment.  Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

4. **Drug/Alcohol Testing** - You shall submit to drug/alcohol testing as directed by the probation officer not to exceed 104 tests per year.

5. **Debt Obligations** - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

6. **Access to Financial Information** - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

7. **Report to Probation Officer After Release from Custody** - You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

Judgment — Page _5 OF 6_

**DEFENDANT:**  DONALD PATRICK CONWAY
**CASE NUMBER:** 3:10-CR-0027-RCJ-VPC & 3:10-CR-0084-RCJ-VPC

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  200.00 | $ WAIVED | $ 1,784.00 |

☐  The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

**The defendant shall make restitution (including community restitution) to the following payees in the**

**If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.**

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  | 1,784.00 |  |
| Clerk, U.S. District Court<br>Attn: Financial Officer<br>Case No. 3:10-cr-0027-RCJ-VPC & 3:10-cr-0084-RCJ-VPC<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |  |  |  |
| With respect to case #<br>3:10-cr-0027-RCJ-VPC<br>payment in the amount<br>of $519.00 should then be<br>disbursed to Wells Fargo,<br>390 E. Plumb Ln., Reno,<br>NV 89502 |  |  |  |
| With respect to case #<br>3:10-cr-0084-RCJ-VPC<br>payment in the amount of<br>$1,265.00 should then be<br>disbursed to Mechanics Bank,<br>1518 fitzgerald Dr., Pinole, CA<br>94564. |  |  |  |
| **TOTALS** | $ _____ | $  1,784.00 |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*☒  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

*☒  the interest requirement is waived  ☐ fine  *☒  restitution.

☐  the interest requirement for   ☐ fine  ☐ restitution is modified as follows:

**AO 245C**     (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments                                                                     (NOTE: Identify Changes with Asterisks (*))

Judgment — Page . 6 OF 6

**DEFENDANT:**     DONALD PATRICK CONWAY
**CASE NUMBER:**    3:10-CR-0027-RCJ-VPC & 3:10-CR-0084-RCJ-VPC

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   X    Lump sum payment of  __200.00__    due immediately, balance due

     ☐  not later than _____ , or
     X  in accordance    ☐ C,  ☐ D,  X  E, &  X  F below; or

B   ☐    Payment to begin immediately (may be combined    ☐ C,    ☐ D, or    ☐ F below); or

C   ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   X    Payment during the term of supervised release will commence  after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;

F   X    Special instructions regarding the payment of criminal monetary penalties:

     **Restitution in the amount of $1,784.00 shall be paid at a rate of not less than 10% of gross income subject to an adjustment by the Court based upon ability to pay.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  **Joint and Several**

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.